# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : | No. 234 WAL 2021 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P.  PETITION OF FOX CHAPEL ESTATES, L.P. | : | |
| | | |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : | No. 235 WAL 2021 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : | |
| | : | |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : | |
| | | |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : | No. 236 WAL 2021 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |

| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : |  |
|---|---|---|
|  | : |  |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : |  |
|  | : |  |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : | No. 237 WAL 2021 |
|  | : |  |
|  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |  |
|  | : |  |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : |  |
|  | : |  |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : |  |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.